*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　　Debora A Williams<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26–10593–amc<br><br>Chapter: 13 |

## Order Requiring Documents

　　**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

　　It is hereby ORDERED that:

　　1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

　　　　Documents and Deadline

　　　　Means Test Calculation 122C–2 Due 3/2/26
　　　　Plan Due 3/2/26
　　　　Schedules A/B Due 3/2/26
　　　　Schedules C Due 3/2/26
　　　　Schedules D Due 3/2/26
　　　　Schedules E/F Due 3/2/26
　　　　Schedules G Due 3/2/26
　　　　Schedules H Due 3/2/26
　　　　Schedules I Due 3/2/26
　　　　Schedules J Due 3/2/26
　　　　Statement of Attorney Compensation Due 3/2/26
　　　　Statement of Current Monthly Income (122C–1) Due 3/2/26
　　　　Statement of Financial Affairs Due 3/2/26
　　　　Summary of Assets and Liabilities Due 3/2/26

　　2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: February 17, 2026　　　　　　　　　　　　　　　　　　　By the Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court