

# Earnings Statement



**THE BEHAVIORAL WELLNESS CENTER AT G**

*THE BEHAVIORAL WELLNESS CENTER AT G*
*801 W GIRARD AVE.*
*PHILADELPHIA PA 19122*

| | |
|---|---|
| Period Beginning: | 01/25/2026 |
| Period Ending: | 02/07/2026 |
| Pay Date: | 02/13/2026 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

**DEBORA A WILLIAMS**
**1645 N. 8TH STREET**
**PHILADELPHIA PA 19122**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| INCENT | | | 200.00 | 200.00 |
| Reg D | 48.6100 | 16.00 | 777.76 | 1,628.43 |
| Reg N | 51.6100 | 8.00 | 412.88 | 1,587.01 |
| Reg We D | 51.6100 | 15.00 | 774.15 | 2,309.55 |
| Reg We E | 54.3600 | 16.00 | 869.76 | 2,568.51 |
| Overtime | | | | 200.91 |
| Hol D | | | | 565.09 |
| Hol E | | | | 924.48 |
| Reg E | | | | 1,450.92 |
| **Gross Pay** | | | **$3,034.55** | 11,434.90 |

Your federal taxable wages this period are
$3,034.55

**Important Notes**

ER BUSINESS CONTACT PHONE#

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.30 | 440.09 |
| | Social Security Tax | -188.14 | 708.96 |
| | Medicare Tax | -44.00 | 165.81 |
| | PA State Income Tax | -93.16 | 351.05 |
| | Philadelphia Income Tax | -113.49 | 427.66 |
| | PA SUI Tax | -2.12 | 8.00 |
| | **Other** | | |
| | Union Dues Unop | -25.13 | 25.13 |
| | **Net Pay** | **$2,560.21** | |
| | Checking 1 | -2,560.21 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, Inc.



THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| **Advice number:** | **00000070441** |
| Pay date: | 02/13/2026 |

Deposited to the account of

**DEBORA A WILLIAMS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6051 | xxxx xxxx | $2,560.21 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



# Earnings Statement



**THE BEHAVIORAL WELLNESS CENTER AT G**
*THE BEHAVIORAL WELLNESS CENTER AT G*
*801 W GIRARD AVE.*
*PHILADELPHIA    PA 19122*

| | |
|---|---|
| Period Beginning: | 12/14/2025 |
| Period Ending: | 01/10/2026 |
| Pay Date: | 01/16/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DEBORA A WILLIAMS**
**1645 N. 8TH STREET**
**PHILADELPHIA PA 19122**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 80.3640 | 2.50 | 200.91 | 200.91 |
| Hol D | 72.9150 | 7.50 | 546.86 | 546.86 |
| Hol E | 77.0400 | 4.50 | 346.68 | 346.68 |
| Reg D | 48.6100 | 15.25 | 741.30 | 741.30 |
| Reg E | 51.3600 | 12.75 | 654.84 | 654.84 |
| Reg We D | 51.6100 | 15.00 | 774.15 | 774.15 |
| Reg We E | 54.3600 | 15.75 | 856.17 | 856.17 |
| **Gross Pay** | | | **$4,120.91** | 4,120.91 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 2.50 | |

**Important Notes**
ER BUSINESS CONTACT PHONE#

## Deductions   Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -198.46 | 198.46 |
| Social Security Tax | -255.50 | 255.50 |
| Medicare Tax | -59.75 | 59.75 |
| PA State Income Tax | -126.51 | 126.51 |
| Philadelphia Income Tax | -154.12 | 154.12 |
| PA SUI Tax | -2.88 | 2.88 |
| **Net Pay** | **$3,323.69** | |
| Checking 1 | -3,323.69 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$4,120.91

© 2000 ADP, Inc.



THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | | |
|---|---|---|
| **Advice number:** | | **00000030441** |
| Pay date: | | 01/16/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DEBORA A WILLIAMS** | xxxxxx6051 | xxxx xxxx | $3,323.69 |

**NON-NEGOTIABLE**



# Earnings Statement

**ADP**®

THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| Period Beginning: | 01/11/2026 |
| Period Ending: | 01/24/2026 |
| Pay Date: | 01/30/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DEBORA A WILLIAMS
1645 N. 8TH STREET
PHILADELPHIA PA 19122**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hol D | 72.9200 | .25 | 18.23 | 565.09 |
| Hol E | 77.0400 | 7.50 | 577.80 | 924.48 |
| Reg D | 48.6100 | 2.25 | 109.37 | 850.67 |
| Reg E | 51.3600 | 15.50 | 796.08 | 1,450.92 |
| Reg N | 51.6100 | 22.75 | 1,174.13 | 1,174.13 |
| Reg We D | 51.6100 | 14.75 | 761.25 | 1,535.40 |
| Reg We E | 54.3600 | 15.50 | 842.58 | 1,698.75 |
| Overtime | | | | 200.91 |
| **Gross Pay** | | | **$4,279.44** | 8,400.35 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -233.33 | 431.79 |
| | Social Security Tax | -265.32 | 520.82 |
| | Medicare Tax | -62.06 | 121.81 |
| | PA State Income Tax | -131.38 | 257.89 |
| | Philadelphia Income Tax | -160.05 | 314.17 |
| | PA SUI Tax | -3.00 | 5.88 |
| | **Net Pay** | **$3,424.30** | |
| | Checking 1 | -3,424.30 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

ER BUSINESS CONTACT PHONE#

Your federal taxable wages this period are
$4,279.44

© 2000 ADP, Inc.



THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| Advice number: | **00000050449** |
| Pay date: | 01/30/2026 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **DEBORA A WILLIAMS** | xxxxxx6051 | xxxx xxxx | $3,424.30 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

# Earnings   Statement

**T TEMPLE HEALTH**

Dept : 1936600 TUHE-Psych 4B
Location : 1936600 TUHE-Psych 4B

*Temple University Hospital*
*Temple Health Sys Boyer Pavilion*
*3509 N Broad Street 9th Floor*
*Philadelphia, PA 19140*

| | |
|---|---|
| EMPLOYEE ID | 800023060 |
| | Page 001 of 001 |
| Period Beg/End: | 11/23/2025 - 12/06/2025 |
| Advice Date: | 12/12/2025 |
| Advice Number: | 0002814943 |
| Batch Number: | 000000002511 |

**Debora A. Williams**
**1645 N. 8th Street**
**Philadelphia, PA 19122**

**For inquiries on this statement please call: 215-707-1567**

Total Hours Worked:     48.50
Basis of Pay:           Hourly
Pay Rate:               $57.24

| Earnings | Rate | Hours/ Units | This Period | Year-to-Date |
|---|---|---|---|---|
| OT @ 1.5 | 66.4900 | 8.00 | 723.88 | 56372.02 |
| OT @ 1.5 | 58.9900 | 8.00- | 693.88- | |
| Incentive | | | 360.00 | 20651.65 |
| Hol Pd Out | 57.2400 | 8.00 | 457.92 | 2952.00 |
| Charge Pay | 2.0000 | 24.00 | 48.00 | 2337.00 |
| Regular | 57.2400 | 48.50 | 2776.14 | 97336.24 |
| Wkend 3.00 | 3.0000 | 12.00 | 36.00 | 1575.75 |
| Sick Leave | 57.2400 | 12.00 | 686.88 | 686.88 |
| Vacation | 57.2400 | 12.00 | 686.88 | 7197.93 |
| Nonprod Pd | | | | 97.49 |
| Vac Non OT | | | | 457.92 |
| Other Earns | | | | 7272.24 |
| **Gross Pay** | | 116.50 | 5081.82 | 196937.12 |

**Taxes**

| | | This Period | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | | 545.78 | 34337.16 |
| Fed MED/EE | | 70.19 | 2768.07 |
| Fed OASDI/EE | | 0.00 | 10918.20 |
| PA Unempl EE | | 3.56 | 137.86 |
| PA Withholdng | | 148.60 | 5860.67 |
| PA local Withholdng | | 190.06 | 7381.30 |
| **Total Taxes** | | 958.19 | 61403.26 |

**Benefit Time**

| | Balance |
|---|---|
| Vacation | 140.11 |
| Sick | 178.08 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| *PersChoice | 110.46 | 2761.50 |
| *Dental | 4.05 | 101.25 |
| Suppl Life | 64.10 | 1595.34 |
| Suppl AD&D | 0.94 | 23.50 |
| TUHS STD | 43.02 | 1070.90 |
| LTD | 26.87 | 668.87 |
| *PEN CONTRB | 186.75 | 5069.00 |
| *SRA | 1037.48 | 11532.14 |
| *FSA Med | 126.93 | 3173.08 |
| HPAE% RN | 57.80 | 2424.82 |
| FitnessEPI | 4.62 | 115.50 |
| TH Perks | 19.49 | 487.25 |
| **Total Deductions** | 1682.51 | 29023.15 |

*Excluded from taxable wages

| **Net Pay** | **2441.12** | **106510.71** |
|---|---|---|

**Employer Paid Benefits**

| | This Period | Year-to-Date |
|---|---|---|
| PersChoice | 331.38 | 8284.50 |
| Dental | 12.16 | 304.00 |
| Vision | 0.96 | 24.00 |
| Life | 0.33 | 8.25 |
| LTD | 25.93 | 645.49 |
| PEN CONTRB | 269.74 | 7321.64 |
| **Total** | 640.50 | 16587.88 |

**Net Pay Distribution**

| | | |
|---|---|---|
| Deposit Che XXXX6051 | | 2,441.12 |
| Net Check | | 0.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

**T TEMPLE HEALTH**

**Temple University Hospital**
**Temple Health Sys Boyer Pavilion**
**3509 N Broad Street 9th Floor**
**Philadelphia, PA 19140**

| | |
|---|---|
| **Advice Number:** | **0002814943** |
| **Advice Date:** | **12/12/2025** |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Debora A. Williams | Checking  XXXX6051 | 236084285 | 2441.12 |



# Earnings Statement

 **THE BEHAVIORAL WELLNESS CENTER AT GIRARD**

ADP®

THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| Period Beginning: | 11/16/2025 |
| Period Ending: | 11/29/2025 |
| Pay Date: | 12/05/2025 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DEBORA A WILLIAMS
1645 N. 8TH STREET
PHILADELPHIA PA 19122**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 80.3293 | 7.50 | 602.47 | 2,626.45 |
| Overtime | 83.0787 | 8.00 | 664.63 | |
| Hol D | 72.9150 | 7.50 | 546.86 | 546.86 |
| Hol E | 77.0400 | 7.00 | 539.28 | 1,676.13 |
| Reg D | 48.6100 | 7.75 | 376.73 | 8,478.13 |
| Reg E | 51.3600 | 32.00 | 1,643.52 | 18,337.99 |
| Reg We E | 54.3600 | 15.00 | 815.40 | 15,122.55 |
| Regular | | | | 823.65 |
| Bereavement | | | | 1,711.08 |
| PPL | | | | 8,428.08 |
| Reg N | | | | 412.88 |
| Reg We D | | | | 4,213.71 |
| **Gross Pay** | | | **$5,188.89** | 63,377.51 |

Your federal taxable wages this period are
$5,188.89

**Other Benefits and
Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 15.50 | |

**Important Notes**
ER BUSINESS CONTACT PHONE#

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -464.87 | 1,071.03 |
| Social Security Tax | -321.72 | 3,929.41 |
| Medicare Tax | -75.24 | 918.97 |
| PA State Income Tax | -159.30 | 1,945.69 |
| Philadelphia Income Tax | -194.06 | 2,373.16 |
| PA SUI Tax | -3.63 | 44.36 |

**Other**

| | | |
|---|---|---|
| Union Dues Unop | -25.13 | 251.30 |
| **Net Pay** | **$3,944.94** | |
| Checking 1 | -3,944.94 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, Inc.

 **THE BEHAVIORAL WELLNESS CENTER AT GIRARD**

THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| **Advice number:** | **00000490449** |
| Pay date: | 12/05/2025 |

Deposited to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| **DEBORA A WILLIAMS** | xxxxxx6051 | xxxx xxxx | $3,944.94 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

## Earnings Statement





THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

Period Beginning: 12/14/2025
Period Ending: 12/27/2025
Pay Date: 12/31/2025

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

DEBORA A WILLIAMS
1645 N. 8TH STREET
PHILADELPHIA PA 19122

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg D | 48.6100 | 1.00 | 48.61 | 9,839.21 |
| Reg E | 51.3600 | 8.00 | 410.88 | 20,032.87 |
| Reg N | 51.6100 | 7.50 | 387.08 | 799.96 |
| Reg We D | 51.6100 | 15.00 | 774.15 | 6,032.96 |
| Reg We E | 54.3600 | 9.25 | 502.83 | 16,046.67 |
| Reg We N | 54.6100 | 8.00 | 436.88 | 436.88 |
| Regular | | | | 823.65 |
| Overtime | | | | 4,072.71 |
| Bereavement | | | | 1,711.08 |
| Hol D | | | | 546.86 |
| Hol E | | | | 1,676.13 |
| PPL | | | | 8,428.08 |
| **Gross Pay** | | | **$2,560.43** | 71,447.06 |

Your federal taxable wages this period are
$2,560.43

**Important Notes**
ER BUSINESS CONTACT PHONE#

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -158.75 | 4,429.72 |
| | Medicare Tax | -37.12 | 1,035.98 |
| | PA State Income Tax | -78.61 | 2,193.43 |
| | Philadelphia Income Tax | -95.76 | 2,674.96 |
| | PA SUI Tax | -1.79 | 50.01 |
| | Federal Income Tax | | 1,612.76 |
| | **Other** | | |
| | Union Dues Unop | -25.13 | 276.43 |
| | **Net Pay** | **$2,163.27** | |
| | Checking 1 | -2,163.27 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, Inc.



THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

Advice number: 00000530453
Pay date: 12/31/2025

THIS IS NOT A CHECK

Deposited to the account of

| | account number | transit ABA | amount |
|---|---|---|---|
| DEBORA A WILLIAMS | xxxxxx6051 | xxxx xxxx | $2,163.27 |

## NON-NEGOTIABLE



# Earnings Statement



**THE BEHAVIORAL WELLNESS CENTER AT G**

THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| Period Beginning: | 11/30/2025 |
| Period Ending: | 12/13/2025 |
| Pay Date: | 12/19/2025 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

**DEBORA A WILLIAMS**
**1645 N. 8TH STREET**
**PHILADELPHIA PA 19122**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Overtime | 74.2000 | .25 | 18.55 | 4,072.71 |
| Overtime | 76.9437 | 8.00 | 615.55 | |
| Overtime | 77.1560 | 2.50 | 192.89 | |
| Overtime | 79.9058 | 7.75 | 619.27 | |
| Reg D | 48.6100 | 27.00 | 1,312.47 | 9,790.60 |
| Reg E | 51.3600 | 25.00 | 1,284.00 | 19,621.99 |
| Reg We D | 51.6100 | 20.25 | 1,045.10 | 5,258.81 |
| Reg We E | 54.3600 | 7.75 | 421.29 | 15,543.84 |
| Regular | | | | 823.65 |
| Bereavement | | | | 1,711.08 |
| Hol D | | | | 546.86 |
| Hol E | | | | 1,676.13 |
| PPL | | | | 8,428.08 |
| Reg N | | | | 412.88 |
| **Gross Pay** | | | **$5,509.12** | 68,886.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -541.73 | 1,612.76 |
| | Social Security Tax | -341.56 | 4,270.97 |
| | Medicare Tax | -79.89 | 998.86 |
| | PA State Income Tax | -169.13 | 2,114.82 |
| | Philadelphia Income Tax | -206.04 | 2,579.20 |
| | PA SUI Tax | -3.86 | 48.22 |
| | **Other** | | |
| | Union Dues Unop | | 251.30 |
| | **Net Pay** | **$4,166.91** | |
| | Checking 1 | -4,166.91 | |

**Net Check**       **$0.00**

Your federal taxable wages this period are
$5,509.12

**Other Benefits and Information** | this period | total to date
| Totl Hrs Worked | 18.50 | |

**Important Notes**
ER BUSINESS CONTACT PHONE#

© 2000 ADP, Inc.

---



THE BEHAVIORAL WELLNESS CENTER AT G
801 W GIRARD AVE.
PHILADELPHIA PA 19122

| | |
|---|---|
| **Advice number:** | **00000510448** |
| Pay date: | 12/19/2025 |

Deposited to the account of

**DEBORA A WILLIAMS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6051 | xxxx xxxx | $4,166.91 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Temple University Hospital
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| Pay Group: | EB1-TUH-Episcopal |
| Pay Begin Date: | 12/07/2025 |
| Pay End Date: | 12/20/2025 |

| Business Unit: | 614 |
| Advice #: | 000000002822911 |
| Advice Date: | 12/26/2025 |

Debora A. Williams
1645 N. 8th Street
Philadelphia, PA 19122

| Employee ID: | 800023060 |
| Department: | 1936600-TUHE-Psych 4B |
| Location: | TUHE-Psych 4B |
| Job Title: | RN - Staff |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Marital Status: | Single | N/A |
| Allowances: | 0 | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | 57.240000 | 64.00 | 3,663.36 | 1,773.00 | 100,999.60 |
| OT @ 1.5 | 58.240000 | 8.00 | 690.88 | 627.75 | 57,062.90 |
| Vacation | 57.240000 | 12.00 | 686.88 | 137.75 | 7,884.81 |
| Charge Pay | 2.000000 | 48.00 | 96.00 | 1,216.50 | 2,433.00 |
| Incentive | | | | 0.00 | 20,651.65 |
| Nonprod NP | | | | 18.50 | 0.00 |
| Vac Non OT | | | | 8.00 | 457.92 |
| Hol Pd Out | | | | 52.00 | 2,952.00 |
| Hol Pr 0.5 | | | | 12.00 | 343.44 |
| Personal | | | | 80.00 | 4,579.20 |
| Sick Leave | | | | 12.00 | 686.88 |
| Nonprod Pd | | | | 1.75 | 97.49 |
| Precep 1.0 | | | | 12.00 | 12.00 |
| Precept Pr | | | | 24.00 | 48.00 |
| Wkend 3.00 | | | | 525.25 | 1,575.75 |
| Funeral Lv | | | | 40.00 | 2,289.60 |
| TOTAL: | | 132.00 | 5,137.12 | 4,540.50 | 202,074.24 |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed OASDI/EE | 0.00 | 10,918.20 |
| Fed MED/EE | 72.44 | 2,840.51 |
| Fed Withholding | 566.95 | 34,904.11 |
| PA Withholding | 153.37 | 6,014.04 |
| PA Unempl EE | 3.59 | 141.45 |
| PHILADELPHIA Withhol | 192.13 | 7,573.43 |
| TOTAL: | 988.48 | 62,391.74 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| PEN CONTRB EE | 195.76 | 5,264.76 |
| SRA EE | 1,087.56 | 12,619.70 |
| PersChoice | 110.46 | 2,871.96 |
| Dental | 4.05 | 105.30 |
| FSA Med | 26.92 | 3,200.00 |
| TOTAL: | 1,424.75 | 24,061.72 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| TUHS STD | 43.02 | 1,113.92 |
| LTD | 26.87 | 695.74 |
| Suppl Life | 64.10 | 1,659.44 |
| Suppl AD&D | 0.94 | 24.44 |
| HPAE% RN | 64.21 | 2,489.03 |
| FitnessEPI | 4.50 | 120.00 |
| TH Perks | 19.49 | 506.74 |
| TOTAL: | 223.13 | 6,609.31 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| PersChoice | 331.38 | 8,615.88 |
| Dental | 12.16 | 316.16 |
| Vision | 0.96 | 24.96 |
| PEN CONTRB ER | 282.76 | 7,604.40 |
| LTD | 25.93 | 671.42 |
| Life | 0.33 | 8.58 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 5,137.12 | 3,712.37 | 988.48 | 1,647.88 | 2,500.76 |
| YTD | 202,074.24 | 178,012.52 | 62,391.74 | 30,671.03 | 109,011.47 |

| BENEFIT TIME | BALANCE |
| --- | --- |
| Vacation | 133.65 |
| Sick | 181.41 |
| Personal | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000002822911 | Checking | XXXXXXXXXXXX6051 | 2,500.76 |
| TOTAL: | | | 2,500.76 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital | | | |
|---|---|---|---|
| Temple Health Sys Boyer Pavilion, 3509 N Broad Street | Pay Group: | EB1-TUH-Episcopal | Business Unit: 614 |
| 9th Floor | Pay Begin Date: | 12/21/2025 | Advice #: 000000002830840 |
| Philadelphia, PA 19140 | Pay End Date: | 01/03/2026 | Advice Date: 01/09/2026 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Debora A. Williams | Employee ID: | 800023060 | Marital Status: | Single | N/A |
| 1645 N. 8th Street | Department: | 1936600-TUHE-Psych 4B | Allowances: | 0 | N/A |
| Philadelphia, PA 19122 | Location: | TUHE-Psych 4B | Addl. Percent: | N/A | |
| | Job Title: | RN - Staff | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 57.240000 | 80.00 | 4,579.20 | 80.00 | 4,579.20 | Fed OASDI/EE | 446.86 | 446.86 |
| Incentive | | | 360.00 | | 360.00 | Fed MED/EE | 104.51 | 104.51 |
| OT @ 1.5 | 58.240000 | -8.00 | -690.88 | | 0.00 | Fed Withholding | 1,051.65 | 1,051.65 |
| OT @ 1.5 | 58.980933 | 8.25 | 715.53 | | 0.00 | PA Withholding | 221.27 | 221.27 |
| OT @ 1.5 | 58.990000 | 8.00 | 693.88 | 16.25 | 1,439.41 | PA Unempl EE | 5.22 | 5.22 |
| OT @ 1.5 | 65.740000 | 8.00 | 720.88 | | 0.00 | PHILADELPHIA Withhol | 279.10 | 279.10 |
| Hol Pd Out | 57.240000 | 16.00 | 915.84 | 16.00 | 915.84 | | | |
| Charge Pay | 2.000000 | 48.00 | 96.00 | 48.00 | 96.00 | | | |
| Wkend 3.00 | 3.000000 | 24.00 | 72.00 | 24.00 | 72.00 | | | |
| TOTAL: | | 184.25 | 7,462.45 | 184.25 | 7,462.45 | TOTAL: | 2,108.61 | 2,108.61 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 206.06 | 206.06 | TUHS STD | 43.02 | 43.02 | PersChoice | 360.36 | 360.36 |
| SRA EE | 1,144.80 | 1,144.80 | LTD | 26.87 | 26.87 | Dental | 12.40 | 12.40 |
| PersChoice | 120.12 | 120.12 | Suppl Life | 64.10 | 64.10 | Vision | 0.96 | 0.96 |
| Dental | 4.14 | 4.14 | Suppl AD&D | 0.94 | 0.94 | PEN CONTRB ER | 297.63 | 297.63 |
| FSA Med | 130.77 | 130.77 | HPAE% RN | 81.83 | 81.83 | LTD | 24.93 | 24.93 |
| | | | FitnessEPI | 4.62 | 4.62 | Life | 0.34 | 0.34 |
| | | | TH Perks | 29.84 | 29.84 | | | |
| TOTAL: | 1,605.89 | 1,605.89 | TOTAL: | 251.22 | 251.22 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,462.45 | 5,856.56 | 2,108.61 | 1,857.11 | 3,496.73 |
| YTD | 7,462.45 | 5,856.56 | 2,108.61 | 1,857.11 | 3,496.73 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 139.19 |
| Sick | 184.74 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002830840 | Checking | XXXXXXXXXXX6051 | 3,496.73 |
| TOTAL: | | | 3,496.73 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | EB1-TUH-Episcopal<br>01/04/2026<br>01/17/2026 | Business Unit:<br>Advice #:<br>Advice Date: | 614<br>000000002842437<br>01/23/2026 |
|---|---|---|---|---|

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

| Debora A. Williams<br>1645 N. 8th Street<br>Philadelphia, PA 19122 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 800023060<br>1936600-TUHE-Psych 4B<br>TUHE-Psych 4B<br>RN - Staff |
|---|---|---|

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 57.240000 | 76.00 | 4,350.24 | 156.00 | 8,929.44 | Fed OASDI/EE | 355.75 | 802.61 |
| Incentive | | | 720.00 | | 1,080.00 | Fed MED/EE | 83.20 | 187.71 |
| OT @ 1.5 | 58.980933 | -8.25 | -715.53 | | 0.00 | Fed Withholding | 715.17 | 1,766.82 |
| OT @ 1.5 | 66.442073 | 8.25 | 746.30 | | 0.00 | PA Withholding | 176.15 | 397.42 |
| OT @ 1.5 | 66.490000 | 8.00 | 723.88 | | 0.00 | PA Unempl EE | 4.20 | 9.42 |
| Charge Pay | 2.000000 | 48.00 | 96.00 | 96.00 | 192.00 | PHILADELPHIA Withhol | 224.13 | 503.23 |
| Wkend 3.00 | 3.000000 | 24.00 | 72.00 | 48.00 | 144.00 | | | |
| OT @ 1.5 | | | 0.00 | 24.25 | 2,194.06 | | | |
| Hol Pd Out | | | 0.00 | 16.00 | 915.84 | | | |
| **TOTAL:** | | **156.00** | **5,992.89** | **340.25** | **13,455.34** | **TOTAL:** | **1,558.60** | **3,667.21** |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 195.76 | 401.82 | TUHS STD | 43.02 | 86.04 | PersChoice | 360.36 | 720.72 |
| SRA EE | 1,087.56 | 2,232.36 | LTD | 26.87 | 53.74 | Dental | 12.40 | 24.80 |
| PersChoice | 120.12 | 240.24 | Suppl Life | 64.10 | 128.20 | Vision | 0.96 | 1.92 |
| Dental | 4.14 | 8.28 | Suppl AD&D | 0.94 | 1.88 | PEN CONTRB ER | 282.76 | 580.39 |
| FSA Med | 130.77 | 261.54 | HPAE% RN | 74.91 | 156.74 | LTD | 24.93 | 49.86 |
| | | | FitnessEPI | 4.62 | 9.24 | Life | 0.34 | 0.68 |
| | | | TH Perks | 29.84 | 59.68 | | | |
| **TOTAL:** | **1,538.35** | **3,144.24** | **TOTAL:** | **244.30** | **495.52** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,992.89 | 4,454.54 | 1,558.60 | 1,782.65 | 2,651.64 |
| YTD | 13,455.34 | 10,311.10 | 3,667.21 | 3,639.76 | 6,148.37 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 144.73 |
| Sick | 188.07 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002842437 | Checking | XXXXXXXXXXX6051 | 2,651.64 |
| **TOTAL:** | | | **2,651.64** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| | Temple University Hospital | | | | | |
| --- | --- | --- | --- | --- | --- | --- |

Temple University Hospital
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

Pay Group: EB1-TUH-Episcopal
Pay Begin Date: 01/18/2026
Pay End Date: 01/31/2026

Business Unit: 614
Advice #: 000000002849430
Advice Date: 02/06/2026

Debora A. Williams
1645 N. 8th Street
Philadelphia, PA 19122

Employee ID: 800023060
Department: 1936600-TUHE-Psych 4B
Location: TUHE-Psych 4B
Job Title: RN - Staff

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Marital Status: | Single | N/A |
| Allowances: | 0 | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | 57.240000 | 64.00 | 3,663.36 | 220.00 | 12,592.80 |
| Incentive | | | 360.00 | | 1,440.00 |
| OT @ 1.5 | 58.640000 | 20.00 | 1,731.20 | 44.25 | 3,955.26 |
| OT @ 1.5 | 58.990000 | -8.00 | -693.88 | | 0.00 |
| OT @ 1.5 | 66.490000 | 8.00 | 723.88 | | 0.00 |
| Sick Leave | 57.240000 | 12.00 | 686.88 | 12.00 | 686.88 |
| Charge Pay | 2.000000 | 48.00 | 96.00 | 144.00 | 288.00 |
| Wkend 3.00 | 3.000000 | 12.00 | 36.00 | 60.00 | 180.00 |
| Hol Pd Out | | | 0.00 | 16.00 | 915.84 |
| **TOTAL:** | | **156.00** | **6,603.44** | **496.25** | **20,058.78** |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed OASDI/EE | 393.60 | 1,196.21 |
| Fed MED/EE | 92.05 | 279.76 |
| Fed Withholding | 861.70 | 2,628.52 |
| PA Withholding | 194.90 | 592.32 |
| PA Unempl EE | 4.62 | 14.04 |
| PHILADELPHIA Withhol | 246.97 | 750.20 |
| **TOTAL:** | **1,793.84** | **5,461.05** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| PEN CONTRB EE | 195.76 | 597.58 |
| SRA EE | 1,087.56 | 3,319.92 |
| PersChoice | 120.12 | 360.36 |
| Dental | 4.14 | 12.42 |
| FSA Med | 130.77 | 392.31 |
| **TOTAL:** | **1,538.35** | **4,682.59** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| TUHS STD | 43.02 | 129.06 |
| LTD | 26.87 | 80.61 |
| Suppl Life | 64.10 | 192.30 |
| Suppl AD&D | 0.94 | 2.82 |
| HPAE% RN | 82.54 | 239.28 |
| FitnessEPI | 4.62 | 13.86 |
| TH Perks | 29.84 | 89.52 |
| **TOTAL:** | **251.93** | **747.45** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| PersChoice | 360.36 | 1,081.08 |
| Dental | 12.40 | 37.20 |
| Vision | 0.96 | 2.88 |
| PEN CONTRB ER | 282.76 | 863.15 |
| LTD | 24.93 | 74.79 |
| Life | 0.34 | 1.02 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 6,603.44 | 5,065.09 | 1,793.84 | 1,790.28 | 3,019.32 |
| YTD | 20,058.78 | 15,376.19 | 5,461.05 | 5,430.04 | 9,167.69 |

| BENEFIT TIME | BALANCE |
| --- | --- |
| Vacation | 150.27 |
| Sick | 179.40 |
| Personal | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000002849430 | Checking | XXXXXXXXXXX6051 | 3,019.32 |
| **TOTAL:** | | | **3,019.32** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE: