### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Debora A Williams | |
| Debtor(s) | |
| | CHAPTER 13 |
| Windstream Capital LLC, its successors and/or assigns | |
| Movant | |
| vs. | |
| | |
| Debora A Williams | NO. 26-10593 AMC |
| Debtor(s) | |
| | |
| Kenneth E. West | |
| Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Windstream Capital LLC, which was filed with the Court on or about 3/18/2026.

Dated: May 29, 2026

Respectfully submitted,

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** Debora A Williams | | **BK NO. 26-10593 AMC** |
| | **Debtor(s)** | **Chapter 13** |
| **Windstream Capital LLC** | **Movant** | |
| **vs.** | | |
| **Debora A Williams** | | |
| | **Debtor(s)** | |
| **Kenneth E. West** | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 5/29/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 5/29/2026

**/s/ Maggie Soboleski**
Maggie Soboleski, Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Debora A Williams<br>1645 N 8th St<br>Philadelphia, PA 19122 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jeanne Marie Cella Esq.<br>Jeanne Marie Cella and Associates LLC<br>221 N Olive St<br>Media, PA 19063 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>1901 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |