UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    DEBORA A WILLIAMS

               Debtor

Chapter 13
Bankruptcy No.26-10593-AMC

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 9th day of June, 2026, by first class mail upon those

listed below:

DEBORA A WILLIAMS
1645 N 8TH ST
PHILADELPHIA, PA  19122

**Electronically via CM/ECF System Only:**

JEANNE MARIE CELLA, ESQ.

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esq.
Standing Chapter 13 Trustee