United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Debora A Williams
Debtor

Case No. 26-10593-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 30, 2026 | Form ID: 155 | Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debora A Williams, 1645 N 8th St, Philadelphia, PA 19122-2801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15104043 | + | Email/Text: bankruptcy@amhfcu.org | Oct 01 2026 02:22:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15104045 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 01 2026 02:22:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek Pkwy, Richman, VA 23238 |
| 15175617 | | Email/Text: megan.harper@phila.gov | Oct 01 2026 02:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15171573 | | Email/Text: megan.harper@phila.gov | Oct 01 2026 02:22:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15104044 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2026 02:25:57 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15106660 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2026 02:25:52 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15104048 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2026 02:25:58 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15104046 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 01 2026 02:22:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15135663 | | Email/Text: bankruptcy@glsllc.com | Oct 01 2026 02:22:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 15104047 | | Email/Text: bankruptcy@glsllc.com | Oct 01 2026 02:22:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 15108664 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2026 02:22:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 15111862 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2026 02:25:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132437 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 01 2026 02:22:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 15104050 | | Email/Text: EBN@Mohela.com | Oct 01 2026 02:22:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15104049 | + | Email/Text: bankruptcy@marinerfinance.com | | |

| | | | |
|---|---|---|---|
| | | Oct 01 2026 02:22:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15115198 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 01 2026 02:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15118276 | + Email/Text: bankruptcy@moneylion.com | Oct 01 2026 02:22:00 | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 15104051 | + Email/Text: bankruptcy@moneylion.com | Oct 01 2026 02:22:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15131552 | + Email/PDF: cbp@omf.com | Oct 01 2026 02:25:57 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15104053 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:25:52 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15113865 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2026 02:25:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15104788 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15111616 | ^ MEBN | Oct 01 2026 02:18:42 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 15104052 | + Email/Text: BKMAIL@planethomelending.com | Oct 01 2026 02:22:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15119219 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2026 02:22:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15104054 | + Email/PDF: cbp@omf.com | Oct 01 2026 02:25:57 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15104055 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2026 02:25:55 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15174766 | Email/Text: EDBKNotices@ecmc.org | Oct 01 2026 02:22:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 15104056 | + Email/Text: UpStart@ebn.phinsolutions.com | Oct 01 2026 02:22:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15107853 | ^ MEBN | Oct 01 2026 02:18:39 | Windstream Capital LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15130279 | + Email/Text: BKMAIL@planethomelending.com | Oct 01 2026 02:22:00 | Windstream Capital LLC, c/o Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEANNE MARIE CELLA | on behalf of Debtor Debora A Williams paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Windstream Capital LLC msoboleski@kmllawgroup.com 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Windstream Capital LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Debora A Williams<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−10593−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 29, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court